# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROY D.,[1]  
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,  
    Defendant.

Case Number: 2:22-cv-2558  
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58. (Doc. 13).

Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Administrative Law Judge will take any further action necessary to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision on whether plaintiff is disabled within the meaning of the Social Security Act.

**IT IS THEREFORE ORDERED THAT** the parties' joint motion to remand (Doc. 13) is **GRANTED**; this case is **REMANDED** to the Commissioner of Social Security for further

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

administrative proceedings; and the Clerk of Court is **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

Date: 12/6/2022

Karen L. Litkovitz
United States Magistrate Judge

2